UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2026-CR-80163 Smith/Reinhart
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

SIMON BLACK and
RAYAN MASAMVU,

Defendants.
_______________________________/

FILED BY SW D.C.
JUL 21 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Conspiracy to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

Beginning in or around May 2026, the exact date being unknown to the Grand Jury, and continuing through on or about May 29, 2026, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**SIMON BLACK**
**and**
**RAYAN MASAMVU,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably

foreseeable to each defendant, is five-hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, all in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii)(II).

**COUNT 2**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about May 7, 2026, in Palm Beach County, in the Southern District of Florida, the defendants,

**SIMON BLACK**
**and**
**RAYAN MASAMVU,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**COUNT 3**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about May 13, 2026, in Palm Beach County, in the Southern District of Florida, the defendants,

**SIMON BLACK**
**and**
**RAYAN MASAMVU,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**COUNT 4**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about May 18, 2026, in Palm Beach County, in the Southern District of Florida, the defendants,

**SIMON BLACK**
**and**
**RAYAN MASAMVU,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**COUNT 5**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about May 21, 2026, in Palm Beach County, in the Southern District of Florida, the defendants,

**SIMON BLACK**
**and**
**RAYAN MASAMVU,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved less than 500 grams or more of a mixture and substance containing a detectable

amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**COUNT 6**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about May 27, 2026, in Palm Beach County, in the Southern District of Florida, the defendant,

**SIMON BLACK**
**and**
**RAYAN MASAMVU,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**COUNT 7**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about May 29, 2026, in Palm Beach County, in the Southern District of Florida, the defendant,

**SIMON BLACK,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **SIMON BLACK and RAYAN MASAMVU**, have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section[s] 846 and/or 841, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

JUAN A. ALBINO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 2026-CR-80163 Smith/Reinhart

v.

SIMON BLACK and
RAYAN MASAMVU, /

CERTIFICATE OF TRIAL ATTORNEY

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami ☐ Key West ☐ FTP
☐ FTL ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ________
4. This case will take 5 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☑ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☑ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ________ Case No. ________
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Shaniek Mills Maynard Magistrate Case No. 26-mj-8424-SMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ________ Case No. ________
9. Defendant(s) in federal custody as of 6/22/2026 (Black); 7/10/2026 (Masamvu)
10. Defendant(s) in state custody as of ________
11. Rule 20 from the ________ District of ________
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

By: *Juan Albino*
JUAN ALBINO
Assistant United States Attorney
District Court No. A55034412

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** Simon Black

**Case No:** 2026-CR-80163 Smith/Reinhart

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21 U.S.C.§§ 841(a)(1), 846 and 841(b)(1)(B)(ii)(II)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** at least 4 years up to life
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100

Counts #: 2-7

Distribution of a Controlled Substance

Title 21 U.S.C.§ 841(a)(1) and (b)(1)(C)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** at least 3 years up to life
* **Max. Fine:** $1,000,000
* **Special Assessment:** $100

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** Rayan Masamvu

**Case No:** 2026-CR-80163 Smith/Reinhart

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21 U.S.C.§§ 841(a)(1), 846 and 841(b)(1)(B)(ii)(II)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** at least 4 years up to life
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100

Counts #: 2-6

Distribution of a Controlled Substance

Title 21 U.S.C.§ 841(a)(1) and (b)(1)(C)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** at least 3 years up to life
* **Max. Fine:** $1,000,000
* **Special Assessment:** $100

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**